JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERON MONTRELL REED, | NO. CV 19-973-CJC (FFM) |
|           Petitioner, | |
| | JUDGMENT |
|     v. | |
| WARDEN CARR, | |
|           Respondent. | |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: February 15, 2019

CORMAC J. CARNEY
United States District Judge